JESSE S. KAPLAN CSB # 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
KIRSTEN SEAVERTSON

RIMAC & MARTIN
a Professional Corporation
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
HAJOCA CORPORATION  LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN SEAVERTSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　Defendants. | **CASE NO.  2:05-CV-01089-LKK-DAD**<br><br>**STIPULATION & ORDER TO CONTINUE THE SEPTEMBER 29, 2005 SETTLEMENT CONFERENCE TO DECEMBER 15, 2005** |

Plaintiff KIRSTEN SEAVERTSON ("plaintiff") and defendant HAJOCA CORPORATION  LONG TERM DISABILITY PLAN by and through their counsel hereby stipulate to continue the settlement conference originally scheduled for September 29, 2005 to December 15, 2005.

////

1  GOOD CAUSE exists for this continuance as defendant's counsel had a prepaid out of
2  state trip planned to start on September 29, 2005.
3  SO STIPULATED.

                                          RIMAC & MARTIN
                                          *A Professional Corporation*

6  DATED: September 16, 2005        By:    /s/
                                          WILLIAM REILLY
                                          Attorneys for defendant
                                          HAJOCA CORPORATION  LONG TERM
                                          DISABILITY PLAN

                                          LAW OFFICES OF JESSE S. KAPLAN

                                          */s/ Jesse S. Kaplan*
11  DATED: September 16, 2005        By:    JESSE S. KAPLAN
                                          Attorney for Plaintiff
                                          KIRSTEN SEAVERTSON

13  SO ORDERED[1]

15  DATED: September 21, 2005        /s/Lawrence K. Karlton
                                          Lawrence K. Karlton
                                          Senior Judge

---

[1] The parties are informed that the dates set in the court's previously-issued Status Order will not be continued by virtue of this stipulation to continue the Settlement Conference by almost three months.

-2-

JOINT STIPULATION                                          CASE NO. CIV.S-03-0590 WBS GGH