JESSE S. KAPLAN CSB # 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
KIRSTEN SEAVERTSON

RIMAC & MARTIN
a Professional Corporation
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
HAJOCA CORPORATION  LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN SEAVERTSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　　　Defendants. | **CASE NO.  2:05-CV-1089-LKK-DAD**<br><br>**STIPULATION  TO COMPLETE PRIVATE MEDIATION INSTEAD OF THE DECEMBER 15, 2005 SETTLEMENT CONFERENCE** |

　　　Plaintiff KIRSTEN SEAVERTSON ("plaintiff") and defendant HAJOCA CORPORATION  LONG TERM DISABILITY PLAN by and through their counsel hereby stipulate to complete private mediation instead of the December 15, 2005 settlement conference.

　　　GOOD CAUSE exists for this change because it will promote settlement of this matter.

　　　SO STIPULATED.

| | | | |
|---|---|---|---|
|1| | |RIMAC & MARTIN|
|2| | |*A Professional Corporation*|
|3|DATED:  December 6, 2005|By:|*/s/ William* Reilly|
|4| | |WILLIAM REILLY|
| | | |Attorneys for defendant|
|5| | |HAJOCA CORPORATION  LONG TERM DISABILITY PLAN|
|6| | |LAW OFFICES OF JESSE S. KAPLAN|
|7| | | |
|8|DATED: December 6, 2005|By:|*/s/ Jesse S. Kaplan*|
| | | |JESSE S. KAPLAN|
| | | |Attorney for Plaintiff|
|9| | |KIRSTEN SEAVERTSON|
|10|            SO ORDERED| | |
|11|DATED: December 6, 2005.| | |

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/seavertson1089.ord

-2-

**JOINT STIPULATION**                                              CASE NO. CIV.S-03-0590 WBS GGH